# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., et al, § | |
| § | |
| v. § | |
| § | Civil Action No. 6:15-cv-618-JRG-JDL |
| ADTRAN, INC.     (LEAD CASE) § | |
| § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. On November 18, 2015, the Magistrate Judge issued his Report and Recommendation ("R&R") (Doc. No. 59), recommending that that the following motions be denied: (6:15-cv-618 (Doc. No. 13); 6:15-cv-619 (Doc. No. 13); 6:15-cv-622 (Doc. No. 13); 6:15-cv-627 (Doc. No. 13); 6:15-cv-630 (Doc. No. 14); 6:15-cv-633 (Doc. Nos. 20, 22); 6:15-cv-634 (Doc. No. 17); 6:15-cv-637 (Doc. No. 17); 6:15-cv-638 (Doc. No. 18); 6:15-cv-639 (Doc. Nos. 23, 24); 6:15-cv-620 (Doc. No. 17); 6:15-cv-643 (Doc. No. 17); 6:15-cv-652 (Doc. Nos. 17, 18); 6:15-cv-640 (Doc. No. 14); 6:15-cv-650 (Doc. No. 19); 6:15-cv-653 (Doc. No. 15); 6:15-cv-641 (Doc. No. 13); 6:15-cv-642 (Doc. No. 17)). No objections to the R&R have been presented for consideration within the prescribed time period for such objections. Therefore, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the findings of this Court.

Accordingly, it is **ORDERED** that the following motions be **DENIED**: (6:15-cv-618 (Doc. No. 13); 6:15-cv-619 (Doc. No. 13); 6:15-cv-622 (Doc. No. 13); 6:15-cv-627 (Doc. No. 13); 6:15-cv-630 (Doc. No. 14); 6:15-cv-633 (Doc. Nos. 20, 22); 6:15-cv-634 (Doc. No. 17);

6:15-cv-637 (Doc. No. 17); 6:15-cv-638 (Doc. No. 18); 6:15-cv-639 (Doc. Nos. 23, 24); 6:15-cv-620 (Doc. No. 17); 6:15-cv-643 (Doc. No. 17); 6:15-cv-652 (Doc. Nos. 17, 18); 6:15-cv-640 (Doc. No. 14); 6:15-cv-650 (Doc. No. 19); 6:15-cv-653 (Doc. No. 15); 6:15-cv-641 (Doc. No. 13); 6:15-cv-642 (Doc. No. 17)). The Clerk of Court is directed to terminate these motions in the referenced member cases.

Given that these matters have been consolidated, for the convenience of the Court and the parties, Plaintiff shall file a single amended complaint with unmodified allegations as to all Defendants in the lead case within **14 days** of the issuance of this Order. Defendants shall then respond to that Complaint. The Court cautions Defendants to exercise sound discretion in responding to future pleadings. The Court does not expect that it will receive numerous additional piecemeal motions to dismiss where, at this stage, Defendants have not answered or otherwise responded to several of Plaintiff's allegations.

**So ORDERED and SIGNED this 10th day of December, 2015.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE