**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>ADTRAN, INC., ET AL.,<br><br>Defendants. | 6:15-CV-618-JRG-JDL<br>LEAD CASE<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

# JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

In accordance with P.R. 4-3, the Parties submit this Joint Claim Construction and Prehearing statement.

## I. P.R. 4-3(a) – Agreed Constructions

The Parties agree to the construction for the following terms:

| Term | Construction |
|---|---|
| "loop formed over"<br><br>'760 Patent: claims 1, 73 | "round trip path formed over" |
| "An adapted piece of Ethernet data terminal equipment"<br><br>'012 Patent: claim 31 (preamble) | The preamble is limiting. The phrase needs no further construction and should be afforded its plain and ordinary meaning. |

## II. P.R. 4-3(b) - Proposed Constructions for Disputed Terms and Supporting Evidence

Plaintiffs' and Defendants' proposed constructions for disputed claim terms, and identification of intrinsic and extrinsic evidence as required by P.R. 4-3(b) are set forth in Exhibit A and Exhibit B, respectively.

## III. P.R. 4-3(c) – Anticipated Length for Claim Construction Hearing

The Parties anticipate the Claim Construction Hearing to last no more than 3 hours, with each side allowed 90 minutes to present their arguments.

## IV. P.R. 4-3(d) – Witnesses the Parties Propose to Call at Claim Construction Hearing

The Parties do not intend to call any witnesses at the Claim Construction Hearing.

## V. P.R. 4-3(e) – Other Issues

The parties are not aware of any other issues at this time.

Respectfully submitted,

/s/ Justin Cohen
Justin S. Cohen
Texas Bar No. 24078356
justin.cohen@tklaw.com
Richard L. Wynne, Jr.
Texas Bar No. 24003214
richard.wynne@tklaw.com

**THOMPSON & KNIGHT LLP**
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (facsimile)

ATTORNEYS FOR PLAINTIFFS CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGIES and CHRIMAR HOLDING COMPANY, LLC

Respectfully submitted,

By: /s/ Richard C. Vasquez
Richard C. Vasquez (CA State Bar No. 127228)
rvasquez@vbllaw.com
Jeffrey T. Lindgren (CA State Bar No. 176400)
jlindgren@vbllaw.com
Eric W. Benisek (CA State Bar No. 209520)
ebenisek@vbllaw.com
Robert McArtur (CA State Bar No. 204604)
mcarthur@vbllaw.com
Stephen C. Steinberg (CA State Bar No. 230656)
ssteinberg@vbllaw.com
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd., Suite 300
Lafayette, CA 94549
Phone: (925) 627-4250
Fax: (925) 403-0900

*Counsel for Defendants Accton Corp. USA, Edgecore USA Corp., SMC Networks, Inc., Belden, Inc., Garrettcom, Inc., and Hirschmann, Inc.*

By: /s/Victoria Hao
Victoria Hao (admitted to practice before the U.S. District Court for the Eastern District of Texas)
S.J. Christine Yang (pro hac vice)
cyang@sjclawpc.com
vhao@sjclawpc.com
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suite 101
Fountain Valley, California 92708
Tel: (714) 641-4022; Fax: (714) 641-2082

Herbert A Yarbrough, III (SBN 22133500)
trey@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702

Tel: (903) 595-3111; Fax: (903) 595-0191

*Counsel for Defendant D-Link Systems, Inc.*

By: /s/ Jen-Feng Lee
Jen-Feng (Jeff) Lee – LEAD COUNSEL
Cal. Stae Bar No. 204328
Kenneth Tanji, Jr.
Cal State Bar No. 162273
LT PACIFIC LAW GROUP LLP
17800 Castleton Street, Suite 560
City of Industry, CA 91748
Tel: (626) 810-7200
Fax: (626) 810-7300
jflee@ltpacificlaw.com
ktanji@ltpacificlaw.com

*Counsel for Defendant TRENDnet, Inc*

By: /s/ Gilbert A. Greene
Gilbert A. Greene
State Bar No. 24045976
James G. Warriner
State Bar No. 24070813
Stephanie N. DeBrow
State Bar No. 24074119
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
bert.greene@nortonrosefulbright.com
jim.warriner@nortonrosefulbright.com
stephanie.debrow@nortonrosefulbright.com

Dan D. Davison
State Bar No. 05590900
NORTON ROSE FULBRIGHT US LLP
2200 Ross Ave., Suite 2800
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
dan.davison@nortonrosefulbright.com

Deron Dacus, State Bar No. 00790553
THE DACUS FIRM, P.C.

821 ESE Loop 323, Suite 430
Tyler, TX 75701
Telephone: (903) 705-1117
Facsimile: (903) 705-1117
ddacus@dacusfirm.com

*Counsel for Defendant Dell, Inc.*

By: /s/ Terrence D. Garnett
Terrence D. Garnett
tgarnett@loeb.com
Donald A. Miller
dmiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Bl., Suite 2200
Los Angeles, CA 90067-4164
Telephone: (310) 282-2000
Facsimile: (310) 282-2200

John A. Cotiguala
jcotiguala@loeb.com
State Bar No. 6311056 (Illinois)
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60654
Telephone: (312) 464-3100
Facsimile: (312) 464-3111

Jay C. Chiu
jchiu@goodwinprocter.com
GOODWIN PROCTER LLP
601 S. Figueroa St. 41st Floor
Los Angeles, CA 90017
Telephone: (213) 426-2500
Facsimile: (213) 623-2500

Harry L. Gillam, Jr.
State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

*Counsel for Defendant Advantech*

*Corporation*

By: /s/ Madeleine E. Greene
Madeleine E. Greene (CA Bar No. 263120)
Stefani E. Shanberg (TX Bar No. 24009955)
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
mgreene@wsgr.com
sshanberg@wsgr.com

*Counsel for Defendant Eagle Eye Networks, Inc.*

By: /s/ Ryan R. Smith
Ryan R. Smith (CA Bar No. 229323)
Mary Procaccio-Flowers (CA Bar No. 286936)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
rsmith@wsgr.com
mprocaccioflowers@wsgr.com

*Counsel for Defendant Aerohive Networks, Inc.*

By: /s/ David C. Yang
David C. Yang (California Bar No. 246132)
dyang@wscylaw.com
Hannah L. Cannom (California Bar No. 245635)
Hcannom@wscylaw.com
Bethany M. Stevens (California Bar No. 245672)
bstevens@wscylaw.com
WALKER STEVENS CANNOM YANG LLP
550 South Hope Street, Suite 460
Los Angeles, California 90071
(213) 298-3657

Melissa R. Smith (Texas Bar No. 24001351)
melissa@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450

*Counsel for Defendants Engenius Technologies, Inc. and WatchGuard Technologies, Inc.*

By: /s/ Shawn T. Gordon
Shawn T. Gordon
(Admitted Via Pro Hac Vice)
shawn@stgordonlaw.com
Law Office of Shawn T. Gordon
33 Deerfield Dr.
Montpelier, VT 05602
Telephone: (617) 826-9647

Melissa R. Smith (Texas Bar No. 24001351)
melissa@gillamsmithlaw.com
Bobby Lamb (Texas State Bar No. 24080997)
wrlamb@gillamsmith.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
(903) 934-8450

*Counsel for Defendants Black Box Corporation of Pennsylvania and Black Box Corporation*

By: /s/ Jason S. Jackson
Jason S. Jackson
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
jason.jackson@kutakrock.com

Neil L. Arney (admitted pro hac vice)
Kutak Rock LLP
1801 California St # 3100,

Denver, CO 80202
(303) 292-7882
neil.arney@kutakrock.com

*Counsel for Defendant Allworkx Corporation*

By: /s/Paul M. Sykes

Paul M. Sykes – Lead Attorney
Alabama State Bar No. ASB-4309-S52P
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone: (205) 521-8766
Facsimile: (205) 488-6766
Email: psykes@babc.com

Angela Holt – Admitted Pro Hac Vice
Alabama State Bar No. ASB-ASB-2103-A52H
David W. Holt – Admitted Pro Hac Vice
Alabama State Bar No. ASB-ASB-9723-D64H
BRADLEY ARANT BOULT CUMMINGS LLP
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801
Telephone: (256) 517-5100
Facsimile: (256) 517-5200
Email: aholt@babc.com
dholt@babc.com

Harry Lee Gillam, Jr.
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: gil@gillamsmithlaw.com

*Counsel for Defendant ADTRAN, Inc.*

By: /s/ Thomas N. Tarnay

Thomas N. Tarnay
State Bar No. 24003032
ttarnay@sidley.com
Tung T. Nguyen
State Bar No. 24007745
tnguyen@sidley.com
SIDLEY AUSTIN LLP
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Tel: 214-981-3300
Fax: 214-981 3400

Brian R. Nester
D.C. Bar No. 460225
bnester@sidley.com
Wonjoo Suh
D.C. Bar No. 999049 (Pro Hac Vice Pending)
wsuh@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Tel: 202-736-8000
Fax: 202-736-8711

*Counsel for Costar Technologies, Inc. and Costar Video Systems, LLC*

By: /s/ Heather F. Auyang
Enoch H. Liang (Cal. SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (Cal. SBN 191776)
heather.auyang@ltlattorneys.com
LEE TRAN & LIANG LLP
601 Gateway Blvd., Suite 1010
South San Francisco, CA 94080
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

Timothy S. Fox (Cal. SBN 280918)
timothy.fox@ltlattorneys.com
601 S. Figueroa Street, Suite 3900
Los Angeles, CA 90017
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

Herbert A Yarbrough, III (SBN 22133500)

trey@yw-lawfirm.com
Dallas W. Tharpe (SBN 24052036)
dallas@yw-lawfirm.com
YARBROUGH WILCOX, PLLC
100 East Ferguson, Suite 1015
Tyler, Texas 75702
Tel: (903) 595-3111; Fax: (903) 595-0191

*Counsel for TP-LINK USA Corporation, Huawei Technologies USA Inc., and Huawei Enterprise USA Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served in accordance with Rule CV-5 on March 17, 2016.

*/s/* Justin Cohen
Justin Cohen