# Exhibit A

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "BaseT"<br><br>**'012 Patent**, claims 36, 56, and 60;<br>**'107 Patent**, claim 5;<br>**'760 Patent**, claims 1, 31, 59, 69, 72, 73, 106, 134, 142, and 145;<br>**'838 Patent**, claim 1. | No construction necessary, as the term should be afforded its plain and ordinary meaning.<br><br>To the extent that the Court finds that construction is required, Plaintiffs contend that the proper term to be construed is "BaseT Ethernet" and its plain and ordinary meaning is "twisted pair Ethernet per the IEEE 802.3 Standards (e.g. 10BaseT/IEEE 802.3i, 100BaseTX/IEEE 802.3u, and 1000BaseT/IEEE 802.3ab)" | **Intrinsic:**<br><br>'012 Patent: Abstract; FIGs. 1-4 & 14; C3/L35-37; C5/L14-18; C12/L1-3; C12/L13-17; 9/26/2008 Specification, Application claim 31, p.40; PP. 26-30 Amendment and Petition for Extension of Time dated 12/6/2011<br><br>'107 Patent: Abstract; FIGS. 4, 10, 14 & 15; C1/L1-2; C3/L41-43; C5/L20-24; C12/L7-23; Office Action Mailed 5/7/2014, pp. 3-4, 6; Amendment and Petition for Extension of Time dated 1/15/2014, p. 8.<br><br>'760 Patent: Abstract; FIGS. 4, 10, 14 & 15; C1/L1-2; C3/L41-43; C5/L20-24; C12/L10-26.<br><br>'838 Patent: Abstract; FIGS. 4, 10, 14 & 15; C1/L1-2; C3/L41-43; C5/L20-24; C12/L7-23; Amendment and Petition for Extension of Time dated 1/24/2014, P.8 Application Claim 12; Office Action mailed 5/22/2014, P 4-5, 8.<br><br>Entertainment Services and Technology Association (ESTA) - Recommended Practice for Ethernet Cabling Systems in Entertainment Lighting Applications (1996)<br><br>**Extrinsic:**<br><br>Declaration of Les Baxter |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "at least one [electrical, voltage, impedance] condition" / "at least one condition applied"<br><br>**'107 Patent**, claims 1 and 104. | No construction necessary, as these phrases should be afforded their plain and ordinary meaning. | **Intrinsic:**<br><br>'107 Patent: Abstract; FIGS. 3, 7, 8, 10 & 18; C3/L33-37; C5/L39-41; C5/L44-49; C5/L64-67; C6/L16-19; C6/L54-60; C8/9-24; C8/L55-61; C9/L30-49; C9/L60-67 - C10/L1-21; Claims 1, 22, 23, 24 , 25, 26, 27, 28, 29, 61, 80, 82, 86, 87, 104, 107, 108, 116; Office Action mailed 5/7/2014, p. 6, Claims as filed 60, 61, 63; Amendment after Final Dated 11/5/2014, PP. 5, 24.<br><br>'760 Patent: Abstract; FIGS. 3, 7, 8, 10 & 18; C3/L33-37; C5/L39-41; C5/L44-49; C5/L64-67; C6/L16-19; C6/L54-60; C8/9-24; C8/L55-61; C9/L30-49; C9/L60-67 - C10/L1-21; Claims 1, 2, 4, 12, 16, 20, 22, 23, 24, 25, 26, 52, 53, 54, 55, 56, 57, 65, 66, 74, 76, 89, 93, 95, 96, 97, 98, 99, 127, 128, 129, 130, 131, 132, 146, 147, 149, 157, 161, 162, 163, 166, 167, 169, 181, 196, 197, 198, 199, 200, 201, 203; Office Action mailed 9/9/2013, p. 3; Reasons for Allowance Office Action Mailed 10/30/14, p. 2.<br><br>'838 Patent: Abstract; FIGS. 3, 7, 8, 10 & 18; C3/L33-37; C5/L39-41; C5/L44-49; C5/L64-67; C6/L16-19; C6/L54-60; C8/8-23; C8/L54-60; C9/L29-48; C9/L60-67 – C9/L67-10/L20; Claims 1, 3, 12, 16, 19, 20, 22, 25, 27, 28, 30, 31, 46, 47, 49, 50, 60, 61, 67, 68, 89; Office Action Mailed 5/22/2014, pp. 6 & 8, Reasons for Allowance Office Action Mailed 3/4/2015, p. 2.<br><br>**Extrinsic:**<br><br>Declaration of Les Baxter |

**Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence**

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "current" / "current flow<br><br>**'107 Patent**, claims 1, 72, and 104;<br>**'760 Patent**, claims 1, 59, 73, and 134;<br>**'838 Patent**, claims 1, 2, 7, 26, and 69. | No construction necessary, as the terms should be afforded their plain and ordinary meaning.<br><br>To the extent that the Court finds that construction is required, Plaintiffs contend that "current" and "current flow" mean the same thing and the plain and ordinary meaning of "current" and "current flow" is "a flow of electric charge" | **Intrinsic:**<br><br>'107 Patent: Abstract; C3/L27-30; C5/L46-47; C5/L49-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L54-60; C8/9-14; C8/L17-23; C8/L55-61; C9/L30-36; C9/L45-49; C9/L60-67 - C10/L1-21 / Claims 1, 12, 16,17, 18, 19, 20, 21, 24, 27, 30, 31, 32, 46, 48, 49, 52, 69, 70, 71, 72, 88, 98, 100, 101, 102, 104, 110, 114, 115, 123, 124; 1/15/14 Amendment pp. 25-27; Claims 93 and 96 set forth in 1/15/14 Response as well as pp. 26-27 thereof; Allowable subject matter - p. 6 Office Action mailed 5/7/14; pp. 5, 8-10, 14, 21, 24-25, 27 Amendment After Final Dated 11/5/14 response as well as pp.29-31<br><br>'760 Patent: Abstract; C3/L27-30; C5/L46-47; C5/L49-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L54-60; C8/10-15; C8/L18-24; C8/L56-62; C9/L31-37; C9/L40-50; C9/L61-C10/L22 / Claims 1, 10, 11, 14,16, 17, 18, 19, 21, 22, 25, 27, 35, 36, 37, 40, 41, 46, 47, 52, 58, 59, 63, 67, 68, 73, 82, 83, 85, 87, 8, 91, 92, 94, 95, 98, 100, 110, 111, 112, 115, 116, 121, 122, 127, 133, 134, 138, 140 141, 155, 165, 168, 169, 179, 180, 184, 185, 190, 191, 196, 201, 212; Reasons for Allowance, P. 2 of Notice of Allowance mailed 7/30/14<br><br>'838 Patent: Abstract; C3/L27-30; C5/L46-47; C5/L49-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L54-60; C8/9-14; C8/L17-23; C8/L55-61; C9/L30-36; C9/L45-49; C9/L60-67 - C10/L1-21; Claims 1, 2, 4, 5, 6, 7, 8, 17, 21, 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 36, 37, 48, 49, 51, 55, 59, 69, 73, 74, 88, 89, 90, 91, 92; Reasons for Allowance, P. 2 of Notice of Allowance mailed 3/4/15<br><br>**Extrinsic:** |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| | | Declaration of Les Baxter |
| "detection protocol" / "part of a detection protocol"<br><br>**'012 Patent**, claim 35<br>**'107 Patent**, claims 72 and 123<br>**'760 Patent**, claim 59 and 134<br>**'838 Patent**, claim 2. | No construction necessary, as the term should be afforded its plain and ordinary meaning.<br><br>To the extent that the Court finds that construction is required, Plaintiffs contend that the plain and ordinary meaning of "detection protocol" is "detection scheme, rule, or procedure" | **Intrinsic:**<br><br>'012 Patent: Abstract; C3/L18-32; C3/L45-47; C4/L49-51; C4/L56-59; C6/L1-13; C6/L33-41; C8/L7-8; C8/L51-55; C15/L22-24; C16/L44-46.<br><br>'107 Patent: C3/L23-41; C3/L51-53; C4/L53-59; C4/L62-66; C6/L7-19; C6/L37-39; C8/L55-61; C15/L15-33; C16/L50-56; Amendment and Petition for Extension of Time dated 1/24/14, P. 16; Amendment After Final and Petition for Extension of Time dated 11/24/2014, PP. 11, 21.<br><br>'760 Patent: C3/L23-41; C3/L51-53; C4/L53-59; C4/L62-66; C6/L7-19; C6/L37-39; C8/L56-62; C14/L49-62<br><br>'838 Patent: C3/L23-41; C3/L51-53; C4/L53-59; C4/L62-66; C6/L7-19; C6/L37-39; C8/L55-61; C15/L15-33; C16/L50-56<br><br>**Extrinsic:**<br><br>Declaration of Les Baxter |
| "path coupled across" / "at least one path coupled across" | No construction necessary, as these phrases should be afforded their plain and ordinary meaning. | **Intrinsic:**<br><br>'012 Patent: FIG. 7 & 8; C2/L13-19; C5/L28-32; C5/L33-35 ; C7/ |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| **'012 Patent**, claim 31, 35, and 43;<br>**'107 Patent**, claims 1 and 104. | | L 45- 65; C8/L8-31; C8/L49-55; C9/L24-38<br><br>'107 Patent: Abstract; FIG. 7 & 8; C2/L16-25; C5/L34-38; C5/L39-41; C6/L 64-67; C7/L51-C8/L 4; C8/L14-36; C9/L30-36; C9/L45-56<br><br>**<u>Extrinsic:</u>**<br><br>Declaration of Les Baxter |
| "powered off"/ "powered-off Ethernet terminal equipment"/ "powered-off end device"<br><br>**'107 Patent**, claims 103, 104, 107, 111, 123, and 125;<br>**'760 patent**, claims 72 and 145. | "without operating power"<br><br>"Ethernet terminal equipment/end device without its operating power" | **<u>Intrinsic:</u>**<br><br>'107 Patent: Figs 1-4, 7, 8, 10, 15 & 18; C1/65-C2/15; C3/L1-19; C3/L33 -38; C3/L41-43; C5/L4-6; C5/L20-24; C5/L39- C6/L12; C8/L5-37; C9/L60- C12/L 28; C12/L19-20; C 12/L54-67; C13/L28-31.<br><br>'760 Patent: Figs 1-4, 7, 8, 10, 15 & 18; C1/65-C2/15; C3/L1-19; C3/L33 -38; C3/L41-43; C5/L4-6; C5/L20-24; C5/L39- C6/L12; C8/L5-37; C9/L60- C12/L 28; C12/L19-20; C 12/L54-67; C13/L28-31<br><br>**<u>Extrinsic:</u>**<br><br>Declaration of Les Baxter |
| The use of the infinitive | No construction necessary, as the term | **<u>Intrinsic:</u>** |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "to ___"<br><br>**'107 Patent**: claims 1, 43, 104, and 111;<br>**'760 Patent**, claims 1, 69, 73, and 142;<br>**'838 Patent**, claims 1, 7, 26, 40, and 69.<br><br>"to draw different magnitudes of DC current flow"<br><br>"to detect at least two different magnitudes of the current flow"<br><br>"to detect current flow"<br><br>"to detect different magnitudes of DC current flow"<br><br>"to detect distinguishing information within the DC current"<br><br>"to distinguish one end device from at least one | should be afforded its plain and ordinary meaning.<br><br>To the extent that the Court finds that construction is required, Plaintiffs contend that the plain and ordinary meaning of "to ____" in the context of these claims is "configured, made, or designed to_____"<br><br>None of the identified phrases are means-plus-function limitations under 35 U.S.C. § 112(6). | '107 Patent: Abstract; FIGS. 1-4, 7, 8, 10 & 18; C2/L9-12; C2/L 24-36; C2/L53-62; C3/L1-19; C3/L27-41; C5/L4-6; C5/L34-49; C5/L49-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L54-60; C8/L17-23; C8/L55-61; C9/L30-36; C9/L45-49; C9/L60-67 - C10/L1-21; C12/L38-49;C13/L28-31; Claim 12; C4/L54-59; C5/L 59-C6/L 44 ; C8/L57-61; C9/L4-10; C9/L30-44 ; C12/L58-64; C13/L28-41; C16/L4-10; Claim 100; Claim 114; Office Action mailed 5/7/2014, at p. 6, Claims as filed 60, 61, 63; Amendment after Final Dated 11/5/2014, at 5, 24.<br><br>'760 Patent: Abstract; FIGS. 1-8, 10 & 18; C2/L9-12; C2/L56-62; C3/L1-19; C3/L27-41; C4/L4-6; C4/L66-67; C5/L4-6; C5/L39-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L31-49; C6/L54-60; C7/L7-51; C8/L16-21; C8/L54-60; C9/L30-35; C9/L45-49; C9/L60-67; C9/L60-C10/L.37; C12/41-56; C13/L25-28/ C16/ L53-65; Claim 10; Claim 11; Claim 83; Claim 157<br><br>'838 Patent: Abstract; FIG.1-8, 10 & 18; C2/L 9-12; C2/L 24-36; C2;L56-62; C3/L1-19;C3/ L 27-41; C4/L4-6; C4/54-67 ; C5/L34-51; C5/L64-67; C5/L 59-C6/L 53; C6/L7-8; C6/L16-19; C6/L31-49 ; C6/L54-60; C7/L7-C8/L5; C8/L15-20; C8/L53-61; C6/L7-10;C8/L29-37; C8/L38-C9/L13; C9/L4-10; C9/L30-44; C9/L29-34; C9/L59-C10/L.36; C12/L 39-53; C12/L58-64; C13/L22-25; C13/L28-41; C16/L4-10; C16/L50-65, Claim 59; Claim 61<br><br><u>**Extrinsic:**</u> |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| other end device"<br><br>"to distinguish one network object from at least one other network object"<br><br>"to distinguish the piece of Ethernet terminal equipment from at least one other piece of Ethernet terminal equipment"<br><br>"to distinguish the powered-off end device from at least one other end device"<br><br>"to distinguish the piece of BaseT Ethernet terminal equipment from at least one other piece of BaseT Ethernet terminal equipment"<br><br>"to control application of at least one electrical condition" | | Declaration of Les Baxter |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "to control application of the at least one DC power signal"<br><br>"to convey information about the piece of Ethernet terminal equipment"<br><br>"to convey information about the powered-off end device"<br><br>"to provide at least one DC current"<br><br>"to result from at least one condition applied to" | | |
| "used for normal network communication"<br><br>"used to carry Ethernet communication signals"<br><br>"used to carry BaseT Ethernet communication signals"<br><br>**'012 Patent**: claims 56 and | No construction necessary, as these phrases should be afforded their plain and ordinary meaning. | **<u>Intrinsic:</u>**<br><br>*See* Intrinsic evidence for "to" phrases<br><br>'012 Patent: Abstract; C2/L26-30; C3/L18-25; C5/L4-30; C9/39-45; C11/L62-C12/L6; Claims 25, 29, 55, 59, 63, 66, 93, 94, 95, 96, 134, 135, 136, 137.<br><br>'107 Patent: Abstract; C3/L27-30; C5/L10-38; C9/L45-54; C12/L3-28; Claims 1, 73. |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| 59;<br>**'107 Patent**: claim 1;<br>**'760 Patent**: claims 1 and 73;<br>**'838 Patent**: claim 1. | | '760 Patent: *see* similar references as those identified in '012 and '107 patents above; Claims 1, 16, 17, 73, 87, 88.<br><br>'838 Patent: *see* similar references as those identified in '012 and '107 patents above.<br><br>**<u>Extrinsic:</u>**<br><br>Declaration of Les Baxter |
| "convey information"<br><br>**'107 Patent**: claims 1 and 104. | No construction necessary, as the term should be afforded its plain and ordinary meaning. | **<u>Intrinsic</u>**<br><br>'107 Patent: Abstract; C2/L21-36; C3/L4-40; C6/L7-12; C8/L6-38; C9/L5-11; C16/L53-65; Claims 1, 19, 100, 101, 102, 104, 114<br><br>**<u>Extrinsic</u>**<br><br>Declaration of Les Baxter |
| "distinguishing information about the piece of Ethernet data terminal equipment"<br><br>**'012 Patent**: claim 31. | "information to distinguish the piece of Ethernet data terminal equipment from at least one other piece of Ethernet data terminal equipment" | **<u>Intrinsic</u>**<br><br>'012 Patent: Abstract; C1/L23-26; C1/L66-C2/L5; C2/L22-32; C2/L49-58; C3/L10-12; C3/L18-27; C3/L32-35; C3/L41-47; C4/L41-56; CL5/1-20; C5/L40-65; C6/L19-41; C6/L57-61; C7/L1-39; C7/L48-50; C8/L66-C9/L7; C11/L62-C12/L1; C12/L48-58; C13/L56-59; C15/L60-C17/L4; Claims 3, 5, 15, 18, 19, 24, 31, 33, 35, 45, 48, 49, 54, 67, 69, 70, 71, 72, 73, 98, 108, 110, 111, 112, 113, 114, 139; Figs. 1-6, 10, 14-15, and 18. |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| | | U.S. Pat. No. 6,650,622: C19/L1-9; C20/L20-27<br><br>U.S. Pat. No. 7,457,250: C17/L40-42; C17/L60-67; C19/L50-51; C21/L11-12; C22/L42-43; '250 File History, Feb. 5, 2008 Amendment at pp. 2-3, 10.<br><br>**Extrinsic**<br><br>Declaration of Les Baxter |
| "wherein distinguishing information about the piece of Ethernet data terminal equipment is associated to impedance within at least one path"<br><br>**'012 Patent**: claim 31. | No construction is necessary, as the phrase should be afforded its plain and ordinary meaning. | **Intrinsic**<br><br>'012 Patent: Abstract; C1/L23-26; C1/L66-C2/L5; C2/L5-32; C2/L49-58; C3/L3-12; C3/L18-27; C3/L32-35; C3/L41-47; C4/L41-56; CL5/1-20; C5/L33-65; C6/L19-41; C6/L57-61; C7/L1-39; C7/L48-50; C8/L3-17; C8/L66-C9/L7; C11/L62-C12/L1; C12/L48-58; C13/L56-59; C15/L60-C17/L4; Claims 3, 5, 15, 16, 17, 18, 19, 20, 24, 31, 33, 35, 45, 46, 47, 48, 49, 54, 67, 69, 70, 71, 72, 73, 98, 108, 110, 111, 112, 113, 114, 139; Figs. 1-6, 10, 14-15, and 18.<br><br>U.S. Pat. No. 6,650,622: C19/L1-9; C20/L20-27<br><br>U.S. Pat. No. 7,457,250: C17/L40-42; C17/L60-67; C19/L50-51; C21/L11-12; C22/L42-43; '250 File History, Feb. 5, 2008 Amendment at pp. 2-3, 10.<br><br>**Extrinsic**<br><br>Declaration of Les Baxter |

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| "Ethernet data terminal equipment"<br><br>**'012 Patent**: claims 31 and 36.<br><br>"Ethernet terminal equipment"[1]<br><br>**'760 Patent**: claims 1, 31, 69, 72, 73, 106, 142, and 145;<br>**'107 Patent**: claims 1, 5, 43, 72, 83, and 103.<br><br>"end device"[2]<br><br>**'107 Patent**: claims 104, 111, 123, and 125. | Ethernet data terminal equipment / Ethernet terminal equipment - "device at which data transmission can originate or terminate and that is capable of Ethernet communication"<br><br>end device – This term needs no further construction and should be afforded its plain and ordinary meaning | **<u>Intrinsic</u>**<br><br>'012 Patent: Abstract; C1/L23-26; C1/L66-C2/L5; C2/L49-58; C3/L10-12; C3/L18-27; C4/L44-56; C4/L60-64; C5/L1-20; C6/L19-24; C6/L33-41; C11/L6-9; C11/L48-51; C15/L25-32; Fig. 1-4; Claims 1, 2, 31, 32, 67, 68, 106, 108, 109.<br><br>'107 Patent: Abstract; C1/L25-30; C2/L21-25; C4/L50-53; C4/L66-C5/L6; C11/L54-60; C12/L1-12; C15/L33-38; Claims 1, 2, 104, 105, 106, 125.<br><br>'760 Patent: Abstract; C1/L25-30; C3/L23-27; C4/L59-C5/L5; C11/57-65; C15/L36-41; Claims 1, 3, 7, 8, 80, 153.<br><br>**<u>Extrinsic:</u>**<br><br>Declaration of Les Baxter |
| "connector"<br><br>**'107 Patent**: claim 1, and 104;<br>**'838 Patent**: claim 1;<br>**'012 Patent**: claim 31. | No construction is necessary, as the phrase should be afforded its plain and ordinary meaning. | **<u>Intrinsic</u>**<br><br>'012 Patent: C7/7-10; C7/L48-54; C10/L65-C11/L4; C11/L26-42; C15/L7-12; Claims 1, 4, 16, 48, 49, 80, 82, 101, 104, File History December 6, 2011 Amendment (CMS094605) |

[1] This term was first identified by Defendants in their P.R. 4-2 disclosures.
[2] This term was first identified by Defendants in their P.R. 4-2 disclosures.

# Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| | | '107 Patent: *see* similar references as identified in '012 Patent<br><br>'838 Patent: *see* similar references as identified in '012 Patent<br><br>**Extrinsic**<br><br>Declaration of Les Baxter |
| Alleged means plus function limitations identified in Exhibit B to Defendants' P.R. 4-2 Disclosure[3] | No further construction of these phrases is necessary, as elements of the phrases are being construed as identified above. Further, none of the identified phrases is governed by 35 U.S.C. § 112(6) as sufficiently definite structure is provided in the claims themselves. | **Intrinsic:**<br><br>*See* Intrinsic and Extrinsic evidence for Ethernet data terminal equipment, and similar terms.<br><br>'107 Patent: Abstract; FIGS. 1-4, 7, 8, 10 & 18; C2/L9-12; C2/L 24-36; C2/L53-62; C3/L1-19; C3/L27-41; C5/L4-6; C5/L34-49; C5/L49-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L54-60; C8/L17-23; C8/L55-61; C9/L30-36; C9/L45-49; C9/L60-67 - C10/L1-21; C12/L38-49;C13/L28-31; Claim 12; C4/L54-59; C5/L 59-C6/L 44 ; C8/L57-61; C9/L4-10; C9/L30-44 ; C12/L58-64; C13/L28-41; C16/L4-10; Claim 100; Claim 114; Claim 1; Claim 104; Claim 111; Office Action mailed 5/7/2014, at p. 6, Claims as filed 60, 61, 63; Amendment after Final Dated 11/5/2014, at 5, 24.<br><br>'760 Patent: Abstract; FIGS. 1-8, 10 & 18; C2/L9-12; C2/L56-62; C3/L1-19; C3/L27-41; C4/L4-6; C4/L66-67; C5/L4-6; C5/L39-51; C5/L64-67; C6/L7-8; C6/L16-19; C6/L31-49; C6/L54-60; C7/L7-51; C8/L16-21; C8/L54-60; C9/L30-35; C9/L45-49; C9/L60-67; |

[3] The phrases Defendants assert are governed by 35 U.S.C. § 112(6) were first identified in Defendants' P.R. 4-2 Disclosures.

**Exhibit A – Plaintiffs' Proposed Constructions and Identification of Evidence**

| Disputed Claim Term (Claims) | Plaintiffs' Proposed Construction | Plaintiffs' Identification of Intrinsic and Extrinsic Evidence |
|---|---|---|
| | | C9/L60-C10/L.37; C12/41-56; C13/L25-28/ C16/ L53-65; Claim 10; Claim 11; Claim 83; Claim 157<br><br>'838 Patent: Abstract; FIG.1-8, 10 & 18; C2/L 9-12; C2/L 24-36; C2;L56-62; C3/L1-19;C3/ L 27-41; C4/L4-6; C4/54-67 ; C5/L34-51; C5/L64-67; C5/L 59-C6/L 53; C6/L7-8; C6/L16-19; C6/L31-49 ; C6/L54-60; C7/L7-C8/L5; C8/L15-20; C8/L53-61; C6/L7-10;C8/L29-37; C8/L38-C9/L13; C9/L4-10; C9/L30-44; C9/L29-34; C9/L59-C10/L.36; C12/L 39-53; C12/L58-64; C13/L22-25; C13/L28-41; C16/L4-10; C16/L50-65, Claim 59; Claim 61<br><br>**Extrinsic:**<br><br>Declaration of Les Baxter |