# Exhibit B

**Defendants' Exhibit B to P.R. 4-3 Disclosures – Proposed Constructions and Identification of Evidence**

| Term | Asserted Claims[1] | Defendants' Proposed Construction | Intrinsic Evidence[2] | Extrinsic Evidence[3] |
|---|---|---|---|---|
| **The use of the infinitive "to__ "[4]** | '107 patent, claims 1, 43, 104, 111<br>'760 patent, claims 1, 69, 73, 142<br>'838 patent, claims 1, 7, 26, 40, 69 | The action claimed must occur to meet the limitation.<br><br>The terms using the infinitive "to __" are means-plus-function limitations | '107 patent at claims 1, 43, 104, 111.<br>'760 patent at claims 1, 58, 69, 73, 142.<br>'838 patent at claims 1, 7, 26, 29, 40, 69.<br>**'107 Prosecution History:**<br>Application at 37–49.<br>July 15, 2013 Rejection at 1–6.<br>January 15, 2014 Amendment and Remarks at 6–27.<br>May 7, 2014 Final Rejection at 1–6.<br>Nov. 5, 2014 Amendment at 4–31.<br><br>U.S. Patent No. 5,754,764. | Declaration of Rich Seifert dated March 17, 2016 ("Declaration of Rich Seifert") |

[1] The Asserted Patents in these actions are U.S. Patent Nos. 8,155,012 (the '012 patent); 8,942,107 (the '107 patent); 8,902,760 (the '760 patent); and 9,019,838 (the '838 patent)

[2] Defendants reserve the right to rely on intrinsic evidence identified by Plaintiffs.

[3] Defendants reserve the right to rely on extrinsic evidence identified by Plaintiffs and any testimony or declaration from any expert on its behalf.

[4] The following phrases in the Asserted Claims of the Patents-in-Suit use the infinitive "to ___": "to draw different magnitudes of DC current flow"; "to detect at least two different magnitudes of the current flow"; "to detect different magnitudes of DC current flow"; "to detect distinguishing information within the DC current"; "to distinguish one end device from at least one other end device"; "to distinguish the piece of Ethernet terminal equipment from at least one other piece of Ethernet terminal equipment"; "to distinguish the powered-off end device from at least one other end device"; "to distinguish the piece of BaseT Ethernet terminal equipment from at least one other piece of BaseT Ethernet terminal equipment"; "to control application of at least one electrical condition"; "to control application of the at least one DC power signal"; "to convey information about the piece of Ethernet terminal equipment"; "to convey information about the powered-off end device"; "to provide at least one DC Current"; and "to result from at least one condition applied to."

| | | | | |
|---|---|---|---|---|
| | | The infinitive clauses are statements of intended use and therefore are not entitled to patentable weight | U.S. Patent No. 5,586,273.<br>U.S. Patent No. 5,923,663.<br>U.S. Patent No. 5,406,260.<br>**'760 Prosecution History:**<br><br>March 10, 2014 Amendment and Petition for Extension of Time at 6–40.<br><br>September 9, 2013 Office Action at 2–4. | |
| **"current" / "current flow"** | '107 patent, claims 1, 72, 104<br>'760 patent, claims 1, 59, 73, 134<br>'838 patent, claims 1, 2, 7, 26, 69 | "current" means "a flow of electric charge"<br><br>"current flow" means "the actual flow of electric charge" | '107 patent at Abstract, 2:9–25, 3:33–34, 5:34–54, 6:57–60, 7:23–8:63, 9:66–10:36, 11:10–12, 12:42–44 (also present in common portions of other patents-in-suit).<br>'012 patent at claims 76, 85, 86, 95, 96, 102, 103, 117, 126, 127, 136, 137, 143, 144.<br>'107 patent at claims 1, 12, 16-21, 24, 27, 30-32, 46, 48, 49, 52, 53, 62, 69-73, 88, 98, 104, 110, 115, 124.<br>'760 at claims 1, 10, 11, 14, 16-19, 21, 22, 25, 27, 35, 36, 37, 40, 41, 46, 47, 52, 58, 59, 63, 67, 68, 73, 82, 83, 85, 87, 88, 91, 92, 94, 95, 98, 100, 110–112, 115, 116, 121, 122, 127, 133, 134, 138, 140, 141, 155, 165, 168, 169, 179, 180, 184, 185, 190, 191, 196, 202, 212.<br>'838 at claims 1, 4–8, 13, 17, 21, 24–32, 34–37, 48, 49, 51, 55, 59, 69, 73, 74, 88–92.<br><br>U.S. Patent No. 5,406,260. | McGraw Hill Electronics Dictionary at 106, 178.<br>Declaration of Rich Seifert |

| | | | | |
|---|---|---|---|---|
| | | | **’107 Prosecution History:**<br>Application at 37–49.<br>July 15, 2013 Rejection at 1–6.<br>January 15, 2014 Amendment and Remarks at 6–27.<br>May 7, 2014 Final Rejection at 1–6.<br>Nov. 5, 2014 Amendment at 4–31. | |
| **“BaseT”** | ’012 patent, claims 36, 56, 60<br>’107 patent, claim 5<br>’760 patent, claims 1, 31, 59, 69, 72, 73, 106, 134, 142, 145<br>’838 patent, claim 1 | 10BASE-T, which requires communication over twisted pair cabling at 10 Mb/s | ’012 patent at 12:13–17.<br>’012 patent at claims 36, 56, & 60.<br>’107 patent at claim 5.<br>’760 patent at claims 1, 31, 37, 58, 59, 69, 72, 73, 106, 112, 134, 142, & 145.<br>’838 patent at claim 1.<br>**’012 Prosecution History:**<br>Dec. 6, 2011 Response to Office Action at 25–29.<br>Mar. 25, 2011 Response to Restriction Requirement at 3–4, 6–12, 14–16.<br>Oct. 29, 2009 5th Preliminary Amendment at 5, 12, 17, 22, 27, 30, 32–37.<br>Apr. 3, 2009 Response to Notice of Non-Compliant Amendment at 2, 4, 10, 15, 19, 23, 26, 27–29.<br>WO98/57248 at 6–8, 13–15, 21, Fig. 3, Fig. 6c, & Fig, 10. | McGraw Hill Electronics Dictionary at 37.<br>Desktop Encyclopedia of Telecommunications at 120–131.<br>10BASE-T IEEE 802.3i Standard (produced at Chrimar_DefsII0002557–2622).<br>Declaration of Rich Seifert |

| | | | | |
|---|---|---|---|---|
| | | | JP H8-307476 at 2.<br>WO96/23377 at 21, 26, 28, 32, 34, 37.<br>Provisional App. No. 60/081,279 at 3, 11.<br>WO 99/53627 at 22–23.<br>**’107 Prosecution History:**<br>May 7, 2014 Office Action at 2–3.<br>Jan. 15, 2014 Amendment and Petition for Extension of Time at 8, 24.<br>July 15, 2013 Office Action at 5.<br>Application at 26, 48.<br>**’760 Prosecution History:**<br>July 30, 2014 Notice of Allowability at 2.<br>April 15, 2014 Revised Amendment and Petition for Extension of Time at 7–39, 41.<br>WO 96/27967 at 28, 30.<br>WO 96/28940 at 25, 27, Fig. 1.<br>WO 96/28920 at 39, 41, 56, 59–61, Fig. 1, Fig. 6 (Part I).<br>Application at 26–27.<br>**’838 Prosecution History:**<br>March 4, 2015 Notice of Allowance at 2.<br>November 24, 2014 Amendment After Final and Petition for Extension of Time at 2–4, 25, 36.<br>May 22, 2014 Office Action at 4-5, 8. | |

| | | | | |
|---|---|---|---|---|
| | | | Jan. 24 2014 Amendment and Petition for Extension of Time at 6-8, 10, 25, 27-28.<br>July 24, 2013 IDS at 20, 22.<br>U.S. Patent No. 5,460,260 at Abstract, 3:31-37, 5:51-54, clams 4, 11, 14, 17.<br>U.S. Patent No. 7,457,250 at claims 50, 86, 122, 126.<br>**'250 Prosecution History**:<br>EP 0639916A2 at 2:20, 6:15-22.<br>August 1, 2008 Amendment Accompanying RCE at 12, 17, 23-24, 26. | |
| **"at least one condition applied"** | '107 patent, claims 1, 104 | "condition" without a modifier such as voltage is indefinite. | '012 patent[5] at claims 82-86, 99-103, 123-127, 140-144.<br>'107 patent at claims 1, 22-29, 61, 80, 82, 86-87, 104, 107-108, 116.<br>'107 patent at Abstract.<br>'760 patent at claims 1, 2, 4, 12, 16, 20, 22-26, 52-57, 65-66, 74, 76, 89, 93, 95-99, 127-132, 146, 147, 149, 157, 161-163, 166-167, 169, 181, 196-201, 203.<br>'838 patent at claims 1, 3, 12, 16, 19, 20, 22, 25, 27-28, 30-31, 46-47, 49-50, 60-61,67-68, 89.<br>**'012 Prosecution History:**<br>Dec. 6, 2011 Amendment and Petition for Extension of Time at 16, 18, 21–24. | Declaration of Rich Seifert |

[5] The Asserted Patents contain essentially the same specification. For ease of reference, Defendants cite herein to the specification of the '012 patent but incorporate by reference and reserve the right to rely on the corresponding disclosures of the other Asserted Patents.

| | | | | |
|---|---|---|---|---|
| | | | **'107 Prosecution History:**<br>December 3, 2014 Notice of Allowability.<br>Nov. 5, 2014 Amendment After Final at 5–31.<br>May 8, 2014 Office Action at 1–6.<br>Jan. 15, 2014 Amendment and Petition for Extension of Time at 7, 11–12, 18, 21, 24–27.<br>Application at 46.<br>**'760 Prosecution History:**<br>July 30, 2015 Information Disclosure Statement.<br>July 30, 2014 Notice of Allowability at 2.<br>April 15, 2014 Revised Amendment and Petition for Extension of Time at 7–39, 41–44.<br>Sept. 9, 2013 Office Action at 2–4.<br>August 19, 2013 Preliminary Amendment at 3–4.<br>**'838 Prosecution History:**<br>March 4, 2015 Notice of Allowability at 2.<br>Nov. 24, 2014 Amendment After Final And Petition for Extension of Time at 2, 5, 8, 11–21, 25, 27–31, 33–37, 40, 43–45.<br>May 22, 2014 Office Action at 4–6, 8.<br>Jan. 1, 2014 Amendment and Petition for Extension of Time at 16, 18–21, 28. | |

| | | | | |
|---|---|---|---|---|
| | | | **’019 Prosecution History:**<br>Sept. 10, 2013 Rejection at 2–3.<br>U.S. Patent No. 5,406,260. | |
| **“detection protocol” / “part of a detection protocol”** | ’012 patent, claim 35<br>’107 patent, claims 72, 123<br>’760 patent, claim 59, 134<br>’838 patent, claim 2 | Indefinite. | ’012 patent at claims 5, 31, 35, 73, 114.<br>’107 patent at claims 72, 123.<br>’760 patent at claims 59, 134, 203.<br>’838 patent at claims 2–4.<br>**’012 Prosecution History:**<br>Feb. 10, 2012 Rule 1.312 Amendment at 3, 10, 17, 24.<br>Dec. 6, 2011 Amendment and Petition for Extension of Time at 3, 8, 14, 20, 25, 30.<br>March 25, 2011 Response to Restriction Requirement at 4, 10, 16.<br>WO 98/57248 at Abstract, 1–6, 8–18, 20–21.<br>EP 0852018B1 at 11, 25.<br>JP H8-20482 at 1–3.<br>WO 96/23377 at 2, 13, 32.<br>EP 0639916A2 at 1–7.<br>**’107 Prosecution History:**<br>Nov. 5, 2014 Amendment After Final at 18, 27.<br>May 7, 2014 Office Action at 4. | McGraw Hill Electronics Dictionary at 359.<br><br>Declaration of Les Baxter dated December 17, 2015 from EDTX Case No. 6:15-cv-163-JDL (“Declaration of Les Baxter”)<br><br>Declaration of Rich Seifert |

| | | | | |
|---|---|---|---|---|
| | | | Jan. 15, 2014 Amendment and Petition for Extension of Time at 20, 24, 27.<br>July 15, 2013 Office Action at 5.<br>JP 7007517 at Abstract.<br>WO 96/27967 at Abstract, 3, 12, 18–19, 21, 24–25, 28, 31–36, 38, 40, 44, 49–53, 55. WO 96/28940 at 2, 11, 16–17, 25.<br>JP 8322164 at Abstract.<br>WO 96/28920 at 2, 11, 39, 44–45, 50, 54, Figs. 2A, 2E, 2R.<br>CA 2183106 at Abstract.<br>Application at 42.<br>**’760 Prosecution History:**<br>August 4, 2014 Amendment Under 37 CFR § 1.312 at 11, 21, 31.<br>April 15, 2014 Revised Amendment and Petition for Extension of Time at 17, 26, 36.<br>March 10, 2014 Amendment and Petition for Extension of Time at 15, 24, 34.<br>**’838 Prosecution History:**<br>November 24, 2014 Amendment After Final and Petition For Extension of Time at 11, 21,25.<br>January 24, 2014 Amendment and Petition for Extension of Time at 16.<br>U.S. Patent No. 5,406,260. | |
| **“path coupled across”** | ’012 patent, claim 31 | “path permitting energy transfer between [the claimed contacts]” | ’012 patent at Figs. 1–3, Fig. 10, Fig. 16, Fig. 19a, Fig. 20, 1:61–65, 2:49–58, 3:8–37, 4:4–7, 4:53–5:32, 6:48–9:53, 10:31–14:14, | McGraw Hill Electronics Dictionary at 100, 330. |

| | | | | |
|---|---|---|---|---|
| | ’107 patent, claims 1, 104 | | 14:54–15:8, 16:5–43 (also present in shared portions of other patents-in-suit).<br><br>’012 patent at claims 27, 28, 31, 57, 58, 108, 129–131.<br><br>’107 patent at claims 1, 10, 14, 66, 104.<br><br>’107 patent at Abstract.<br><br>’760 patent at claims 1, 13, 16–17, 25, 31, 32, 60, 61, 62, 70, 73, 84, 87, 88, 98, 106–107, 135–137, 143, 146, 156–158, 161–162, 175– 176, 181, 204–210, 217.<br><br>**’012 Prosecution History:**<br><br>Certificate of Correction at 1.<br><br>May 31, 2013 Letter to Certificate of Corrections Branch.<br><br>February 10, 2012 Rule 1.312 Amendment at Claims.<br><br>February 6, 2012 Notice of Allowability at 2–7.<br><br>December 6, 2011 Amendment and Petition for Extension of Time at 2–25.<br><br>June 9, 2011 Office Action at 2. | Wiley Electrical and Electronics Dictionary at 557<br><br>Declaration of Rich Seifert |

| | | | | |
|---|---|---|---|---|
| | | | March 25, 2011 Response to Restriction Requirement at 3–16.<br><br>WO 98/57248 at 1, 3–6, 8–17, 19–21, 24–26, Figs. 4a, 4b, 6a, 6b, 6c, 7.<br><br>WO 96/23377 at Abstract, 17, 19–28, 32, 35–39, 41, 45, 48, 50–58, 60.<br><br>WO 92/17968 at Abstract, 4–5, 8–16, 19–21.<br>GB 2249919A at Abstract, 1–5, 9–14.<br>JP 016053 at Abstract.<br><br>EP 0852018B1 at 2–15, 17–22, 24, 26–31, claims 10, 14, 16, 17, 19.<br>WO 93/02510 at 9, 11–17, 19–20, 23–25.<br>Application at 7, 10, 15, 18–19, 24, 27–29, 32, 34–35.<br><br>**’107 Prosecution History:**<br><br>Nov. 5, 2014 Amendment After Final at 4–32.<br>May 7, 2014 Office Action at 1–6.<br>January 15, 2014 Amendment and Petition for Extension of Time at 4–12, 15–18, 20–21, 25–27.<br>July 15, 2013 Office Action at 1–6.<br><br>WO 96/27967 at Abstract, 16–18, 20–21, 24, 26, 28, 30–35, 44–45, 47, 49–51, 53–57. | |

| | | | | |
|---|---|---|---|---|
| | | | WO 96/28940 at Abstract, 1, 13–14, 16–19, 21–22, 24, 27–30, 32–35, 38, 40.<br><br>WO 96/28920 at Abstract, 18–21, 24–26, 28–29, 31–35, 38–39, 41, 43, 47, 53, 57–58, 62, 67–70, 72–73, 76–77, 80, 83–84, 86–87, 89–90, 92–93, 95, 98, 101, 104, 105, 107, 110.<br><br>Application at 7, 11, 15, 18–19, 24, 27–28, 30, 32, 34, 35, 37–49.<br><br>JP 6216913 at Abstract.<br><br>**’760 Prosecution History:**<br>July 30, 2014 Notice of Allowability at 2.<br>April 15, 2014 Revised Amendment and Petition for Extension of Time at 7–8, 10–14, 17–24, 26–27, 29–31, 33–34, 36–39, 43–44.<br><br>March 10, 2014 Amendment and Petition for Extension of Time at 6–40.<br>September 9, 2013 Office Action at 2–4.<br>Application at 7, 11, 15, 19, 24, 27, 29–30, 32–33, 35–36.<br><br>**’838 Prosecution History:**<br>May 22, 2014 Office Action at 4–5, 8.<br>July 26, 2013 Office Action at 3.<br>Application at 7, 11, 15, 19, 24, 27, 29–30, 32–33, 35–36. | |

| | | | | |
|---|---|---|---|---|
| | | | U.S. Patent No. 5,460,260 at Abstract, 1:28–31, 1:65–67, 2:32–35, 2:52–57, 3:20–22, 3:42–45, 3:64–68, 4:3–5, 4:15–20, 4:27–46, 4:49–54, 5:23–28, 5:65–68, 6:8–12, 6:30–35, claims 1, 5–7, 9–10, 12, 19, Figs. 1–2.<br><br>U.S. Patent No. 7,457,250 at claim 17.<br>U.S. Patent No. 5,754,764.<br>U.S. Patent No. 5,586,273.<br>U.S. Patent No. 5,923,663. | |
| **"powered off"/ "powered-off Ethernet terminal equipment"/ "powered-off end device"** | '107 patent, claims 103, 104, 111, 123, 125<br><br>'760 patent, claims 72, 145 | no power is applied to the claimed equipment/device | '012 patent at 1:60–65, 2:12–17, 3:3–10, 3:28–32, 4:65–67, 5:33–40, 5:43–48, 5:58–61, 6:1–4, 8:17–25, 9:39–45, 12:48–50, 13:22–25, 14:14–38.<br><br>'012 patent at claims 61, 64, 87, 128.<br><br>'107 patent at claims 103–125.<br><br>'760 patent at claims 18–20, 72, 91–93, 145, 165–167, 219.<br><br>'838 patent at claim 88.<br><br>**'012 Prosecution History:**<br><br>December 6, 2011 Amendment and Petition for Extension of Time at 12–13, 16, 22, 25.<br><br>April 3, 2009 Response to Notice of Non-Compliant Amendment at 4, 10, 15, 19, 23, 27, 29. | McGraw Hill Electronics Dictionary at 353.<br><br>Declaration of Rich Seifert |

| | | | | |
|---|---|---|---|---|
| | | | WO 99/34591 at Abstract.<br>EP 0852018B1 at 3, 32–34.<br><br>WO 96/23377 at 21, 28, 37.<br>WO 92/17968 at 12, 18.<br>GB 2249919A at Abstract, 1, 3, 5, 10–13.<br>Preliminary Amendment at 4–5.<br>Application at 2, 6, 28, 30–31, 39–40, 43–44, Abstract.<br><br>**’107 Prosecution History:**<br><br>November 5, 2014 Amendment After Final at 15, 21, 24–27.<br><br>May 7, 2014 Office Action at 5–6, 17, 22.<br>July 15, 2013 Office Action at 2–6.<br>CN 2050662 at Abstract.<br>JP 2226836 at Abstract.<br>JP 4358493 at Abstract.<br>JP 5012576 at Abstract.<br>JP 6012579 at Abstract.<br>JP 6261041 at Abstract.<br>EP 0655839 at Abstract.<br>WO 96/27967 at 9, 11.<br>WO 96/28940 at 7–8, 10.<br>WO 96/28920 at 7–8, 10, 54.<br>CA 2183106 at 1–2.<br>JP 10041964 at Abstract.<br>JP 10066110 at Abstract. | |

| | | | | |
|---|---|---|---|---|
| | | | June 19, 2012 Response to Notice to File Corrected Application Papers at 1, Replacement Abstract.<br><br>Application at 3, 5, 6, 10–12, 14–16–17, 20–21, 27–28, 30–32, 37, 39, 49, Figs. 3, 5, 7.<br><br>**’760 Prosecution History:**<br><br>April 15, 2014 Revised Amendment and Petition for Extension of Time at 12–14, 18, 21–23, 27, 32–33, 37, 41.<br><br>Application at 3, 5–6, 10–12, 15–17, 20–21, 27, 29, 31–33, 39, Figs. 3, 5, 7.<br><br>**’838 Prosecution History:**<br><br>November 24, 2014 Amendment After Final and Petition for Extension of Time at 32–33, 37, 40, 43.<br>May 22, 2014 Office Action at 4–6.<br>Application at 3, 5–6, 10–12, 15–17, 20–21, 27, 29, 31–33, 39, Figs. 3, 5, 7.<br><br>U.S. Patent No. 5,460,260 at Abstract, Fig. 1, 2:35–36, 3:68–4:60, 5:6–9, 5:23–33, 5:61–65, 6:1–8.<br><br>U.S. Patent No. 7,457,250 at claims 1, 6, 7, 12, 16, 28, 48, 51–53, 64, 84, 87–89, 100, 120, 123–124. | |

| | | | | |
|---|---|---|---|---|
| **"Ethernet terminal equipment"/ "Ethernet data terminal equipment"/ "end device"** | '012 patent, claims 31, 36,<br><br>'760 patent, claims 1, 31, 69, 72, 73, 106, 142, 145<br><br>'107 patent, claims 1, 5, 43, 72, 83, 103, 104, 111, 123, 125 | Device at which data transmission can originate or terminate and that is capable of Ethernet communications, as opposed to intermediate network elements | **'012 Patent Claims**: 1-2, 6, 14, 16-20, 24, 27-28, 31-61, 64-68, 70-72, 91, 98, 106, 108-148 (particularly, claims 1-2, 6, 14, 16-17, 24, 31-32, 36, 44, 46-47, 67, 68, 98, 106, 109, 139, & 147)<br>**'012 Patent Specification**:<br>Title<br>Abstract<br>Figures 2-4, 7-8, 10, 13, 18, 19<br>3:18-37; 4:40-64; 5:1-12; 5:20-32; 6:19-24; 6:59-67; 7:17-8:57; 10:65-11:25; 11:37-64; 12:13-17; 12:62-13:63; & 15:22-61<br>'012 Prosecution History:<br>August 20, 2013 Certificate of Correction; May 31, 2013 Request for Certificate of Correction at 1-3;<br>February 6, 2012 Corrected Notice of Allowability at 2; February 2, 2012 Notice of Allowability at 2;<br>March 25, 2011 Response to Restriction Requirement at 3-15;<br>PCT/US98/11622 at 2, Fig. 1;<br>Japan Pub. No. 10-013576 (1/16/98) at 1;<br>PCT/IB96/00223 at 3, 23;<br>JP4180430 at Abstract;<br>FR2682843 at 1;<br>JP1016053 at 1;<br>JP63018741 at 1; &<br>JP1016053 at 1.<br>**U.S. Patent No. 7,457,250** at Claims 1, 16, 50, 86, 97-99, 122, 126.<br>**'250 Prosecution History:**<br>September 23, 2003 Application at 35-39; | |

| | | | | |
|---|---|---|---|---|
| | | | February 5, 2008 Amendment at 2-8 & 10-11;<br>May 13, 2008 Notice of Allowance at 2-8;<br>August 1, 2008 Amendment Accompanying RCE at 2-3, 5, 8-14, 17-20, & 23-26;<br>September 5, 2008 Notice of Allowance at 2.<br>**U.S. Patent No. 6,650,622** at Claims 1, 3, 10, 11-13, 15-16, & 18-20.<br>**'622 Prosecution History**:<br>August 9, 1999 Application at 32-50;<br>May 23, 2000 Office Action at 2;<br>August 23, 2000 Response to Restriction Requirement and Preliminary Amendment at 2-4;<br>December 20, 2000 Office Action at 4-6;<br>March 20, 2001 Amendment at 13-22;<br>April 5, 2001 Substitute Amendment at 15-24;<br>July 17, 2001 Office Action at 3-4, 6;<br>October 17, 2001 Amendment at 4 & 6;<br>January 4, 2002 Office Action at 3-5;<br>June 24, 2002 Office Action at 2-3;<br>October 23, 2002 Amendment at 9-11;<br>March 6, 2003 Office Action at 2-4;<br>June 6, 2003 Amendment After Final at 2, 12.<br>**US 9,049,019 Prosecution History**:<br>January 26, 2015 Amendment at 3-31. | |

| | | | | |
|---|---|---|---|---|
| **distinguishing information about the piece of Ethernet data terminal equipment** | '012 patent, claim 31 | "information to differentiate each piece of Ethernet data terminal equipment from each other piece of Ethernet data terminal equipment" | **'012 Patent Claims:** 1, 3, 15, 18-20, 31, 33, 67, 69, 70, 71, 72, 108, & 110-113.<br>**'012 Patent Specification:**<br>Figure 3.<br>1:23-26; 1:28-2:33; 2:56-57; 3:10-14; 3:22-26; 4:24-31; 4:40-5:32; 5:53-65; 6:7-30; 6:35-36; 7:66-9:23; 10:27-30; 11:10-13; 11:54-61; 12:48-13:63; 14:35-52; 15:33-42; 16:1-4; 16:44-46; & 16:57-64.<br>**'012 Prosecution History:**<br>May 31, 2013 Request for Certificate of Correction a 1-3;<br>February 6, 2012 Corrected Notice of Allowance at 2-7;<br>February 2, 2012 Notice of Allowance at 2-6;<br>December 6, 2011 Am. & Pet. For Ext. of Time at 7 & 12-25;<br>June 9, 2011 Office Action at 2-3; &<br>March 25, 2011 Response to Restriction Requirement at 1, & 3-15.<br>May 4, 2009 Third Preliminary Amendment at 7, 13, 17, 21, & 25.<br>April 3, 2009 Resopnse to Notice of Non-Compliant Amendment at 7, 13, 17, 21, & 25.<br>September 26, 2008 Application at 37, 39-41, & 43.<br>**'250 Patent Claims:** 33, 69, 74, 105, & 110<br>**'250 Prosecution History:**<br>EP0639916A2 at 5:28-32; 6:29-31; & 7:55-8:3. | |

| | | | | |
|---|---|---|---|---|
| | | | February 5, 2008 Response to Office Action at 10.<br>**’250 Reexamination (No. 90/009,513) History**:<br>June 15, 2010 Response to Office Action at 26-30, 52-54, & 74-76.<br>’260 patent (incorporated by reference into the ’012 patent):<br>Abstract; 5:27-32 | |

| | | | | |
|---|---|---|---|---|
| **"[wherein distinguishing information about the piece of Ethernet data terminal equipment] is associated to impedance within the at least one path"** | '012 patent, claim 31 | Indefinite | **'012 Patent Claims:** 1, 3, 15, 18-20, 31, 33, 45 50<br>**'012 Patent Specification:**<br>Figures 19-22<br>12:62-13:63; 14:14-15:20 & 15:33-16:64.<br>**'012 Prosecution History:**<br>December 6, 2011 Amendment and Petition for Extension of Time at 25-30;<br>June 9, 2011 Office Action at 2;<br>March 25, 2011 Response to Restriction Requirement at 9-13, 16;<br>October 29, 2009 Fifth Preliminary Amendment at 25, 39;<br>April 30, 2009 Third Preliminary Amendment at 21, 30;<br>April 3, 2009 Response to Notice of Non-Compliant Amendment at 22, 30;<br>February 27, 2009 Second Preliminary Amendment at 24, 32;<br>PCT/US98/11622 at 8;<br>EP0852018;<br>PCT/IB96/00223 at 21, 32, 37;<br>PCT/US92/05936 at 15, 18;<br>September 23, 2008 Application at 9-10, 25, 28, 33-34, 36, & 45.<br>**U.S. Patent No. 7,457,250** at Claims 3, 4, 8, 17.<br>**'250 Prosecution History:**<br>August 6, 2007 Office Action at 2-5; | |

| | | | | |
|---|---|---|---|---|
| | | | February 5, 2008 Amendment at 2-3 & 8-11;<br>May 13, 2008 Notice of Allowance at 2-5 & 8;<br>August 1, 2008 Amendment Accompanying RCE at 25.<br>**U.S. Patent No. 6,650,622** at Claims 1, 3, 10, 12, 16, & 19-20.<br>**’622 Prosecution History:**<br>August 9, 1999 Application at 5, 7, 9, 21, 24, 28-31, 34, 37, 39, 41, 44, 46, & 49-50;<br>August 23, 2000 Response to Restriction Requirement and Preliminary Amendment at 3-4;<br>December 20, 2000 Office Action at 6;<br>March 20, 2001 Amendment at 20-22;<br>April 5, 2001 Substitute Amendment at 12-13, 15, 17, & 20-24;<br>January 4, 2002 Office Action at 3-5;<br>June 24, 2002 Office Action at 2-4;<br>October 23, 2002 Amendment at 4-7 & 9;<br>March 6, 2003 Office Action at 2-4;<br>June 6, 2003 Amendment After Final at 2-3 & 12. | |
| **“connector”** | ’107 patent, claims 1, 104<br><br>’838 patent, claim 1 | “a network cable plug configured to be received by a receptacle” | **’107 Patent Specification:**<br>11:16-25; Figures 14-15;<br>11:26-42; Figure 16<br>15:6-15; Figure 19A<br>10:55-11:15; Figures 11-13<br>**’838 Patent Specification:**<br>11:16-25; Figures 14-15; | |

| | | | | |
|---|---|---|---|---|
| | | | 11:26-42; Figure 16<br>15:6-15; Figure 19A<br>10:55-11:15; Figures 11-13 | |
| **"convey information"** | '107 patent, claims 1, 104 | "encode information through modulation of DC current" | **'250 Re-Exam Prosecution History:**<br>June 15, 2010 Amendment, Remarks at 24-30<br>May 12, 2010 Examiner Interview Summary<br>June 15, 2010 Applicant Interview Summary at 24-92<br>**'012 Prosecution History:**<br>February 2, 2012 Notice of Allowability at 2-7 | |
| **"used for normal network communication" / "used to carry Ethernet communication signals"/"used to carry BaseT Ethernet communication signals"** | '012 patent, claims 56, 60<br>'107 patent, claim 1<br>'760 patent, claims 1, 73<br>'838 patent, claim 1 | "Transmitting information over twisted pair cabling"<br><br>The action claimed must occur to meet the limitation | **'622 Prosecution History:**<br>October 23, 2002 Amendment at 7 | |