# Exhibit B

ATTORNEYS' EYES ONLY

Page 1

J. Geier

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

------------------------------x

CHRIMAR SYSTEMS, INC., d/b/a

CMS TECHNOLOGIES AND CHRIMAR

HOLDINGS COMPANY, LLC,

        Plaintiffs,      CASE NO.

    v.                  6:15-cv-618-JRG-JDL

ADTRAN, INC., et al.,

        Defendants.

------------------------------x

V. HUAWEI TECHNOLOGIES USA,    6:15-cv-643-JDL

INC. et al.,                (CONSOLIDATED)


DEPOSITION OF JAMES GEIER

Englewood, Ohio

Thursday, November 3, 2016


*** ATTORNEY'S EYES ONLY ***


Reported by:

DEBORAH C. FUREY, RPR, CLR, CRI

JOB NO. 115015

TSG Reporting - Worldwide - 877-702-9580

Page 210

J. Geier
would still be no infringement. So if you don't mind I'll look at my report to refresh my memory.
Q. Well, I just want to focus on the one statement you said, is that the path won't be coupled across until the PSE applies the detection voltage, is that right?
MR. STEINBERG: Objection. Form.
Q. Even when it's sold you said there's no path coupled across.
MR. STEINBERG: Objection. Form.
THE WITNESS: I'm saying that when it's sold there is no path coupled across. I did testing that proved that using a multimeter and I saw no path, there was an open circuit. When you connect the PSE through a cable to a PD, the PSE applies a voltage, a detection voltage, and that causes a certain current to flow back, and it looks at the current level and determines whether or not it passes detection.
Q. Is there a path in the PD when the PSE applies the detection voltage?
MR. STEINBERG: Objection. Form.
THE WITNESS: What there is -- there's

Page 211

J. Geier
an impedance that's imposed, that is resulting from putting a voltage there that triggers something in the chip, which Dr. Madisetti hasn't really shown or analyzed. But there is a mechanism where it causes a certain current to flow, and then the PSE can then use that information to determine whether or not it's a valid PD.
Q. A PSE applies the detection voltage, correct?
MR. STEINBERG: Objection. Form.
THE WITNESS: The PSE is the one that initiates it by providing the voltage for detection purposes, right.
Q. And in response to that detection voltage, a PD presents a detection signature, correct?
MR. STEINBERG: Objection. Form.
THE WITNESS: The PD doesn't necessarily do that. There's a current that flows that the PSE can read, it can see the current, you know, that's flowing because of that.
Q. The current flows through the PD, right?
A. The current flows through the cable,

Page 212

J. Geier
through the PD, and back to the PSE, which is where the PSE then uses that information as part of the detection protocol.
Q. In that current flows through a PD through an approximately 25 kilohm resister, correct?
MR. STEINBERG: Objection to form.
THE WITNESS: I don't necessarily -- I'm not quite -- I don't necessarily -- it's not like there's a resistor that is just switched in, there's an impedance that's presented, that provides a certain current that the PSE can read.
Q. The current flows through the PD, correct?
A. I think I already answered that. It flows through the cable -- from the PSE through the cable, through the PD, and back to the PSE.
Q. So for current to flow through the PD, that PSE must have a path, correct?
MR. STEINBERG: Objection to form.
THE WITNESS: It has a value of impedance that's low enough to cause current flow.

Page 213

J. Geier
Q. Can the current flow through the PD if there is no path?
MR. STEINBERG: Objection to form.
THE WITNESS: If it's an open circuit, there would be no current flow. I showed that with my testing. There's no path, as far as the way the standard -- or I'm sorry -- the way the specification indicates path. There's no path if there's an open circuit, and because of the open circuit, there's no current flow.
Q. What's the voltage your multimeter applied?
A. It's a very low voltage, much less than what these detection voltages are. It would say it's very likely in the millivolts.
Q. How much current does it provide?
A. Very small amount, probably in the micro amps. I know this mostly from going back into my earlier days of working with multimeters and understanding how they worked.
(Exhibit 3 Geier, Linear Technology, Power over Ethernet, IEEE 802.3af PD Interface, Bates