UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** | § § | |
| **v.** | § § | Civil Action No. 6:15-cv-618-JRG-JDL |
| **ADTRAN, INC.     (LEAD CASE)** | § § § § | |

ORDER

Before the Court is Plaintiffs' Motion to Amend and Clarify Trial Procedures (Doc. No. 766). Defendant Aerohive Networks Inc. has filed a response (Dkt. No. 768). Plaintiffs' Motion (Dkt. No. 766) is **DENIED**. Each side will have 10 hours for presentation of all issues to the jury.

**So Ordered this**

**Jan 4, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE