IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br> v. <br> ADTRAN INC., *et al.*, <br><br> Defendants. | 6:15–CV–618–JRG–JDL (LEAD) <br><br> Patent Case <br><br> **Jury Trial Demanded** |
| DELL, INC. AND AEROHIVE NETWORKS, INC. | 6:15–CV–639–JRG–JDL (CONSOLIDATED) |

**AEROHIVE NETWORKS, INC.'S OFFER OF PROOF**

Defendant Aerohive Networks, Inc. ("Aerohive") respectfully makes this offer of proof pursuant to Federal Rule of Evidence 103(a)(2).

If allowed to do so, Aerohive would have introduced the following evidence at trial: (1) documents related to recent settlements between Chrimar and Defendants AMX, LLC, EnGenius Technologies, Inc., Costar Technologies, Inc., and Dell Inc., (2) documents and testimony related to Chrimar's participation in the IEEE, and (2) documents and testimony related to Chrimar's damages expert, Mr. Mills's discriminatory royalty rates.

| | |
|---|---|
| January 6, 2017 | Respectfully submitted, |
| | By: <u>/s/ Ryan R. Smith</u><br>Ryan R. Smith (CA Bar No. 229323)<br>Mary Procaccio-Flowers (CA Bar No. 286936)<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304 Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811<br>rsmith@wsgr.com<br>mprocaccioflowers@wsgr.com<br><br>*Counsel for Defendant Aerohive Networks, Inc.* |

## CERTIFICATE OF SERVICE

I certify that on January 6, 2017, I caused true and correct copies of the foregoing to be filed and served via the Court's CM/ECF system.

/s/ Ryan R. Smith
Ryan R. Smith