IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AEROHIVE NETWORKS, INC.,<br><br>Defendant. | 6:15–CV–639–JRG<br><br>PATENT CASE<br><br>**JURY TRIAL DEMANDED** |

## **VERDICT FORM**

In answering these questions, you are to follow all of the instructions I have given you in the Court's Final Instructions to the Jury. Your answers to each question must be unanimous.

As used herein, "Chrimar" means both Chrimar Systems, Inc. and Chrimar Holding Company, and "Aerohive" means Aerohive Networks, Inc. As used herein, "'012 Patent" means U.S. Patent No. 8,155,012; "'760 Patent" means U.S. Patent No. 8,902,760; "'107 Patent" means U.S. Patent No. 8,942,107; and "'838 Patent" means U.S. Patent No. 9,019,838.

**QUESTION 1:**

Did Chrimar prove by a preponderance of the evidence that Aerohive infringes the following claims of the following patents?

Answer "Yes" or "No" for each Claim.

**'012 Patent**

    Claim 35    No

    Claim 43    No

**'760 Patent**

    Claim 31    No

    Claim 72    No

**'107 Patent**

    Claim 111    No

    Claim 123    No

**'838 Patent**

    Claim 2    No

    Claim 26    No

**If you answered "No" to all of the above questions, you should not answer any further questions, and in that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict. If you answered "Yes" to any of the above questions, proceed and answer the next question as directed.**

**ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE — OTHERWISE DO NOT ANSWER THIS QUESTION.**

**QUESTION 2:**

Did Aerohive prove by clear and convincing evidence that any of the asserted claims of the following patents are invalid?

**If you find the claims invalid, answer "Yes," otherwise, answer "No."**

**'012 Patent**

  Claim 35  _____

  Claim 43  _____

**'760 Patent**

  Claim 31  _____

  Claim 72  _____

**'107 Patent**

  Claim 111  _____

  Claim 123  _____

**'838 Patent**

  Claim 2  _____

  Claim 26  _____

**If you answered "Yes" to all of the above questions, you should not answer any further questions, and in that case, your foreperson should date and sign the last page of this verdict form, and you should notify the Court Security Officer that you have reached a verdict. If you answered "No" to any of the above question, proceed and answer the remaining questions as directed.**

**ANSWER THIS NEXT QUESTION ONLY AS TO THOSE CLAIMS YOU ANSWERED "YES" TO IN QUESTION 1 ABOVE.**

**QUESTION 3:**

Did Chrimar prove by a preponderance of the evidence that any of the asserted claims of the following patents were willfully infringed by Aerohive?

**If you find the claims were willfully infringed, answer "Yes," if you find that the claims were not willfully infringed, then answer "No."**

**'012 Patent**

    Claim 35 _____

    Claim 43 _____

**'760 Patent**

    Claim 31 _____

    Claim 72 _____

**'107 Patent**

    Claim 111 _____

    Claim 123 _____

**'838 Patent**

    Claim 2 _____

    Claim 26 _____

**ANSWER QUESTION 4 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS OF THE CHRIMAR PATENTS TO BE INFRINGED AND NOT INVALID.**

**QUESTION 4:**

For the claims you have found Aerohive infringed, what total sum of money do you find by a preponderance of the evidence would reasonably compensate Chrimar for Aerohive's infringement during the relevant damages period and through December 31, 2016?

$ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict. The jury foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Signed this ___ day of January, 2017.