**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., et al,** | § § | |
| **v.** | § § | **Civil Action No. 6:15-cv-618-JRG-JDL** |
| **ADTRAN, INC., et al. (LEAD CASE)** | § § § § | |

## ORDER

The Court hereby sets a second pretrial conference as to Defendant ADTRAN, Inc. for **January 12, 2017 at 2:00 P.M.** before the Honorable John D. Love. The Court intends to take up all remaining exhibit and deposition designation objections at the pretrial conference. Therefore, the parties are **ORDERED** to exchange updated exhibit lists as soon as possible and are further **ORDERED** to meet and confer on remaining objections on **January 10, 2017**. The parties shall then jointly submit a report, not to exceed 15 pages, detailing the disputes that remain by **3:00 P.M. on January 11, 2017**.

**So ORDERED and SIGNED this 9th day of January, 2017.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE