IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ADTRAN, INC., <br><br> Defendant. | 6:15–CV–618–JRG <br><br> PATENT CASE <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered Defendants ADTRAN, Inc., Accton Technology Corp., EdgeCore USA Corp., D-Link Systems, Inc., and TRENDnet International Inc.'s Motion for an Order Directing Plaintiffs to Produce Recent Settlement Documents and to Amend the Scheduling Order to Reopen Discovery and Request For Expedited Briefing (Dkt. 776), the record, and the applicable authorities, concludes that the motion should be DENIED-IN-PART and GRANTED-IN-PART. Therefore, the Court ORDERS the following:

Plaintiffs Chrimar Systems Inc. and Chrimar Holding Company, LLC ("Chrimar") shall produce the signed term sheet regarding its settlement with Defendant Dell Inc. ("Dell") by 5:00 P.M. on Monday, January 9, 2017. Chrimar also shall produce its settlement and license agreement with Defendant EnGenius Technologies, Inc. ("EnGenius") by 5:00 P.M. on Monday, January 9, 2017.

Chrimar shall produce its final settlement agreement and license with Dell agreement by midnight (Central Time) January 12, 2017. The parties' respective damages experts Mr. Mills and Mr. Bakewell may consider the foregoing agreements and may produce supplemental reports, as necessary, addressing only with these specific materials and how they affect each expert's opinions

as expressed in their previously served expert reports.  Such supplemental reports, if any, shall be served no later than noon on January 13, 2017.   Any motion to strike by either side with respect to either supplemental report must be filed before 5:00 P.M. on Friday, January 13, 2017.

**So ORDERED and SIGNED this 9th day of January, 2017.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE