**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC. D/B/A CMS TECHNOLOGIES AND CHRIMAR HOLDING COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ADTRAN, INC., *ET AL.*, <br><br> Defendants. | 6:15-CV-618-JRG-JDL <br><br> LEAD CASE <br> PATENT CASE |
| ENGENIUS TECHNOLOGIES, INC. | 6:15-CV-640-JRG-JDL (CONSOLIDATED) |

## ORDER GRANTING JOINT MOTION TO DISMISS

Having considered the Joint Motion to Dismiss filed by Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendant EnGenius Technologies, Inc. ("EnGenius"), the Court is of the opinion the Motion should be GRANTED.

It is therefore ORDERED that all claims and counterclaims asserted in Case No. 6:15-cv-640 are dismissed with prejudice, with all attorneys' fees, expenses, and costs to be borne by the party that incurred them.

**So ORDERED and SIGNED this 9th day of January, 2017.**

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE